

# Fourth Court of Appeals
## San Antonio, Texas

December 2, 2016

No. 04-16-00335-CV

**IN THE INTEREST OF A.M.**,

From the 224th Judicial District Court, Bexar County, Texas
Trial Court No. 2015-CI-05876
Honorable Renée Yanta, Judge Presiding

# O R D E R

      Appellee's brief was originally due November 23, 2016. Neither the brief nor a motion for extension of time has been filed. We **order** appellee's brief due **December 12, 2016**. If the brief is not filed by the date ordered, we may order the case submitted without an appellee's brief.

_Luz Elena D. Chapa_
Luz Elena D. Chapa, Justice

      IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 2nd day of December, 2016.

_Keith E. Hottle_
Keith E. Hottle
Clerk of Court